1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  MICHELLE Y. MCISAAC  Bar No. 215294
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  bruce.celebrezze@sdma.com
   michelle.mcisaac@sdma.com

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
(erroneously sued as Hartford Life Insurance Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLY DENHAM, | CASE NO. 10-CV-00021 SBA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| HARTFORD LIFE INSURANCE COMPANY, | |
| Defendant. | |

SF/1697907v1

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATED:  June 4, 2010                    Respectfully submitted,

                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                        By: *s/ Bruce D. Celebrezze*
                                            BRUCE D. CELEBREZZE
                                            Attorneys For Defendant
                                            HARTFORD LIFE AND ACCIDENT INSURANCE
                                            COMPANY (erroneously sued as Hartford Life Ins. Co.)

DATED:  June 3, 2010                    LAW OFFICES OF P. RANDALL NOAH

                                        By: *s/ P. Randall Noah*
                                            P. RANDALL NOAH
                                            Attorneys For Plaintiff
                                            KIMBERLY DENHAM, M.D.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                        *s/ Bruce D. Celebrezze*
                                         Bruce D. Celebrezze

**IT IS SO ORDERED.**

DATED: 6/8/10

                                        _____
                                        UNITED STATES DISTRICT JUDGE

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE

SF/1697907v1